UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-60118-BB

ANA BOUZAGLOU,

    Plaintiff,

vs.

SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK,

    Defendant.
_____/

**JOINT NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Ana Bouzaglou and Defendant, Synchrony Financial d/b/a Synchrony Bank, by and through their undersigned counsel, hereby submit this Joint Notice of Pending Settlement and state that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Notice of Pending Settlement.

| | |
|---|---|
| /s/ Anthony C. Norman<br>Anthony C. Norman, Esq.<br>Florida Bar No.: 112105<br>anorman@gravislaw.com<br>Gravis Law, PLLC<br>1345 Monroe Ave. NW, Suite 242<br>Grand Rapids, MI 49505<br>Telephone: (616) 228-9261<br><br>*Co-Counsel for Plaintiff* | /s/ Brandon T. White<br>Brandon T. White, Esq.<br>Florida Bar No.: 106792<br>bwhite@reedsmith.com<br>Reed Smith, LLP<br>1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33131<br>Telephone: (786) 747-0222<br><br>*Counsel for Synchrony Bank* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 19, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jonathan M. Benjamin, Esq.
Benjamin Law Practice, PLLC
4581 Weston Rd, Suite 155
Weston, FL 33331
*Co-Counsel for Plaintiff*
Service by CM/ECF

                                    Gravis Law, PLLC
                                    *Co-Counsel for Plaintiff*
                                    1345 Monroe Ave. NW, Suite 242
                                    Grand Rapids, MI 49505
                                    Telephone: (616) 228-9261

                                    */s/ Anthony C. Norman*
                                    Anthony C. Norman, Esq.
                                    Florida Bar No. 112105
                                    anorman@gravislaw.com