**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-60118-BLOOM/Valle**

ANA BOUZAGLOU,

      Plaintiff,

v.

SYNCHRONY FINANCIAL
*doing business as* Synchrony Bank,

      Defendant.

_____/

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

      **THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Final Order of Dismissal with Prejudice, ECF No. [31] ("Stipulation"), filed on October 17, 2019. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [31]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 19-cv-60118-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 17, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record